# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

December 28, 2022

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

     **U.S.D.C. No.:** 1:22-cv-3094-WMR
     **U.S.C.A. No.:** 00-00000-00
     **In re:**    Igor Stephens v. Aaron Coleman

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| | Fees paid electronically on . |
| **X** | **Appellant has been GRANTED leave to proceed *in forma pauperis*.** |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is William M. Ray, II.** |
| | This is a **DEATH PENALTY** appeal. |

                               Sincerely,

                               Kevin P. Weimer
                               District Court Executive
                               and Clerk of Court

                    By:   <u>P. McClam</u>
                           Deputy Clerk